UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF IDAHO

| | |
|---|---|
| AMY LAW<br><br>Plaintiff,<br><br>vs.<br><br>ANDERSEN MANUFACTURING, INC.,<br>an Idaho corporation,<br><br>Defendant. | Case No. 4:17-cv-00429-EJL<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court has reviewed and considered the Stipulation for Dismissal with Prejudice (Dkt. 7) submitted by the parties in this matter. Based upon the Stipulation of the parties,

IT IS HEREBY ORDERED that the Complaint against Defendant Andersen Manufacturing is **DISMISSED WITH PREJUDICE**. Each party shall bear their own fees and costs.

DATED: January 16, 2018

_____
Honorable Edward J. Lodge
United States District Court